**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

THOMAS M. EDDY,     )
            )
   Petitioner,    )
            )
  v.        )   No. 4:09CV647 CDP
            )
JENNIFER SACHSE,    )
            )
   Respondent.   )

## ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus and motion to proceed in forma pauperis. Petitioner's motion to proceed in forma pauperis is neither complete nor signed. As a result, the Court will order petitioner to submit a complete and signed motion to proceed in forma pauperis within twenty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a copy of the Court's form Motion to Proceed In Forma Pauperis and Affidavit in Support – Habeas Cases.

**IT IS FURTHER ORDERED** that petitioner shall complete the form and return it to the Court within twenty (20) days of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this

Order, the petition may be dismissed without prejudice.

Dated this 1st day of May, 2009.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE